United States Bankruptcy Court
District of Massachusetts (Boston)

CHAPTER 13 PLAN COVER SHEET

Filing Date: October 12, 2017          Docket No.: 17-New Case

Debtor: Jacquelyn Anfield

Soc. Sec. No.: xxx-xx-3650

Address: 399 Crescent Street, Fall River, MA 02720

Debtor's Counsel

Robert S. Simonian, Esq.
Bucacci And Simonian, P.C.
155 North Main Street
Fall River, MA 02720
508-678-4000
B.B.O. Number 631617

Attached to this cover sheet is the Chapter 13 Plan filed by the Debtor(s) in this case. This plan sets out the proposed treatment of the claims of creditors. The claims are set forth in the bankruptcy schedules filed by Debtor(s) with the Bankruptcy Court.

You will receive a separate notice from the Bankruptcy court of the scheduled Creditor's Meeting pursuant to 11 U.S.C. § 341. That notice will also establish the bar date for filing Proof of Claims.

Pursuant to the Massachusetts Local Bankruptcy Rules, you have until thirty (30) days after the section 341 Meeting to file an objection to confirmation of the Chapter 13 Plan, which objection must be served on the Debtor(s), Debtor's Counsel an the Chapter 13 Trustee.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

CHAPTER 13 PLAN

DEBTOR(S)                                             Docket Number (New Case)

Jacquelyn Anfield                                     Soc. Sec. No.: xxx-xx-3650

I. **PLAN PAYMENT AND TERM:**

Debtor(s) shall pay monthly to the Trustee the sum of **$473.00** for the term of:

\_\_\_\_\_ 36 Months.  11 U.S.C. § 1325(b)(4)(A)(i);
\_\_\_\_\_ 60 Months.  11 U.S.C. § 1325(b)(4)(A)(ii);
\_X\_\_ 60 Months.  11 U.S.C. § 1322(d)(2).  Debtor(s) aver the following cause: Debtor requires a 60 month plan in order to propose a feasible plan and pay her mortgage arrears.

II. **SECURED CLAIMS:**

A.  Claims to be paid through the plan (including arrears):

| Creditor | Description of Claim (pre-petition arrears, purchase money, etc.) | Amount of Claim |
|---|---|---|
| Seterus | Pre-petition 1st mortgage | $20,000.00 |

**Total of secured claims to be paid through the Plan:**           **$20,000.00**

B.  Claims to be paid directly by debtor(s) to creditors (Not through Plan):

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| Seterus | post petition 1st mortgage | $176,578.25 |
| Bank of America | post-petition 2nd mortgage | $7,136.97 |

D. Lease:

i.)  The Debtor(s) intend(s) to reject the residential/personal property lease claims of: _____
ii.) **The Debtor(s) intend(s) to assume the residential/personal property lease claims of: Nissan Infiniti automobile lease 2015 Nissan Altima.**
iii.) The Arrears under the lease to be paid under the Plan are: $ _____

III. **PRIORITY CLAIMS:**

A.  Domestic Support Obligations:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|

B. Other Priority Claims:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|

    Total of Priority Claims to be Paid Through Plan:    $ 0.00

### IV. ADMINISTRATIVE CLAIMS:

A. Attorney Fees (to be paid through the Plan):    $2,500.00

B. Miscellaneous Fees:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|

C. The Chapter 13 Trustee's fee is determined by Order of the United State Attorney General. The calculation of the Plan payment set forth utilizes a 10% Trustee's commission.

### V. UNSECURED CLAIMS:

The general unsecured creditors shall receive a dividend of n/a% (Pot Plan) of their claims. This is a pot plan and the total to be paid to the unsecured creditors is $3,000.00.

A. General unsecured claims:    $ 10,085.00

B. Undersecured claims arising after lien avoidance / cram down:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|

C. Non-Dischargeable Unsecured Claims:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| Dept. of Ed/Navient | Student loans (aggregate) | $38,625.00 |
| Sallie Mae | Student loans (aggregate) | $79,100.00 |

**Total of Unsecured Claims: (A+B+C):**    **$ 127,810.00**

D. Multiply total by percentage:    $ 3,000.00
(Example: Total of $38,500.00 x .22 dividend = $8,470.00)

E. Separately classified unsecured claims (co-borrower, etc.):

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|

Total amount of separately classified claims payable at ___%        $ 0.00

## VI. OTHER PROVISIONS:

A. Liquidation of assets to be used to fund Plan: n/a
B. Miscellaneous Provisions: None

## VII. CALCULATION OF PLAN PAYMENT:

a. Secured claims (Section I-A total):                               $ 20,000.00

b. Priority claims (Section II-A & B total):                         $ 0.00

c. Administrative claims (Section III-A & B total):                  $ 2,500.00

d. Regular unsecured claims (Section IV-D total):                    $ 3,000.00

e. Separately classified unsecured claims:                           $ 0.00

f. Total of a + b + c + d + e above:                     =           $ 25,500.00

g. Divide (f) by .90 for a total including Trustee's Fee:  =         $ 28,333.33

                                          **Cost of Plan** =         $ 28,333.33

(This represents to total amount to be paid into the Chapter 13 Plan).

h. Divide (g), Cost of Plan, by the Term of Plan, 60 months =        $ 472.22

i. **Round up to nearest dollar for Monthly Plan Payment:**          $ 473.00
   (Enter this amount on page 1)

Pursuant to 11 U.S.C. §1326(a)(1) unless the Court orders otherwise, debtor(s) shall commence making the payments proposed by a plan within thirty (30) days after the petition is filed. Pursuant to 11 U.S.C. §1326(a)(1)(C), the debtor(s) shall make pre-confirmation adequate protection payments directly to the secured creditor(s).

## VIII. LIQUIDATION ANALYSIS

A. Real Estate:

| Address | Fair Market Value | Total Amount of Recorded Liens (Schedule D) |
|---|---|---|
| 399 Crescent St., Fall River, MA | $188,100.00 | $183,715.22 |

Total Net Equity for Real Property:              $ 4,384.78

Less Total Exemptions (Schedule C):   $ 4,384.78

**Available Chapter 7:**   $ 0.00

B. Automobile(s):

| (Describe year, make, model): | Value | Lien | Exemption |
|---|---|---|---|

Total Net Equity:   $

Less Total Exemptions (Schedule C):   $

**Available Chapter 7:**   $ 0.00

C. All other Assets: (All remaining items on Schedule B: (Itemize as necessary)

Total Net Value:   $ 36,386.00

Less Exemptions (Schedule C):   $ 36,386.00

**Available Chapter 7:**   $ 0.00

D. Summary of Liquidation Analysis (total amount available under Chapter 7):

Net Equity ( A and B) plus Other Assets (C) less all claimed Exemptions: $ 0.00

E. Additional Comments regarding Liquidation Analysis: none

## IX. SIGNATURES

Pursuant to the Chapter 13 Rules, the debtor(s) or his/her attorney is required to serve a copy of the Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a Certificate of Service accordingly.

/s/ Robert S. Simonian, Esq.              Dated: October 12, 2017
Robert S. Simonian, Esq.
155 North Main Street
Fall River, MA 02720
508-678-4000
B.B.O. Number 631817

I/WE DECLARE UNDER THE PENALITIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.

/s/ Jacquelyn Anfield                     Dated: October 12, 2017
Jacquelyn Anfield

## CERTIFICATE OF SERVICE

I, Robert S. Simonian, Esq., Attorney for the Debtor(s), hereby certify, under the pains and penalties of perjury, that I did serve a copy of the foregoing Chapter 13 Plan upon the following parties by delivering same by first class mail, postage prepaid and / or via the Bankruptcy Court's Electronic Filing System.

**Via Electronic Service:**

1. Trustee Bankowski
2. U.S. Bankruptcy Trustee

**Via First Class Mail:**

See attached service list

Dated: 10/12/17

/s/ *Robert S. Simonian, Esq.*
Robert S. Simonian, Esq.
Bucacci And Simonian, P.C.
155 N. Main Street
Fall River, MA 02720
508-678-4000
B.B.O. No.: 631817

Bank of America
PO BOX 26249
Tampa, FL 33623

Cardmember Service
PO BOX 6354
Fargo, ND 58125

Computer Credit, INC
Claim Deopt 009693
470 W. Hanes Mill Road
PO BOX 5238
Winston Salem, NC 27113-5238

Dept of Ed/Navient
PO Box 9635
Wilkes Barre, PA 18773

Dept of Education/Nelnet
3015 Parker Rd., # 400
Aurora, CO 80014

Elan Financial Services
PO Box 108
Saint Louis, MO 63166

Gragil
PO BOX 1010
Pembroke, MA 02359

Gragil Assoc.
29 Winter St.
Pembroke, MA 02359

Internal Revenue Service
Insolvency Groups - Stop 20800
15 New Sudbury St.
PO Box 9112
Boston, MA 02203

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101

Macy's
PO BOX 9001094
Louisville, KY 40290-1094

Macy's Bankruptcy Dept.
PO Box 8053
Mason, OH 45040

Massachusetts Dept. of Revenue
Bankruptcy Unit
PO Box 9564
Boston, MA 02114

Navient
PO Box 9500
Wilkes Barre, PA 18773

Navient Solutions
300 Continental Drive
Newark, DE 19713

Nissan-Infiniti
8900 Freeport Pkwy.
Irving, TX 75063

Salie Mae
PO Box 9635
Wilkes Barre, PA 18773

Sallie Mae
PO BOX 8459
Philadelphia, PA 19101

Sallie Mae
PO BOX 3319
Wilmington, DE 19804

Sallie Mae
PO BOX 3229
Wilmington, DE 19804

SallieMae Servicing Corp
PO BOX 9533
Wilkes Barre, PA 18773

Sears Credit Card
PO Box 183081
Columbus, OH 43218

Sears Credit Cards
PO BOX 6282
Sioux Falls, SD 57117

Sears Credit Cards
PO BOX 6283
Sioux Falls, SD 57117

Seterus
PO Box 1077
Hartford, CT 06143

South Coast Hospital Group
363 Highland Ave.
Fall River, MA 02720

SouthCoast Hospital Group
PO BOX 11357
Boston, MA 02211

Syncb/Arkansas Furniture
PO BOX 965036
Orlando, FL 32896

Synchrony Bank
Attn: Bankruptcy
PO BOX 965061
Orlando, FL 32896-5060

Synchrony Bank/Amazon
PO BOX 960061
Orlando, FL 32896

Webster Bank
C/O Cardmember Service
PO BOX 790408
Saint Louis, MO 63179-0408

Webster Bank
PO Box 1809
Hartford, CT 06144-1809

Webster Bank
145 Bank Street
Waterbury, CT 06702

Webster Bank
Cardmember Services
PO Box 6335
Fargo, ND 58125